UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br> v. </br> CECILIA GRANA DE ZEPEDA, </br></br> Defendant. | Case No. 3:13-cr-2093-GPC </br></br> **ORDER** </br></br> **(1) GRANTING MOTION TO DISMISS INDICTMENT** </br></br> **(2) DENYING MOTION FOR DISCOVERY AS MOOT** |

Having considered the United States' Motion to Dismiss The Indictment, (ECF No. 15), in this case without prejudice pursuant to Fed. R. Crim. P. 48(a), the Court hereby **GRANTS** the United States leave of court to dismiss the Indictment in this case. Accordingly, the Indictment is hereby **DISMISSED WITHOUT PREJUDICE**. Further, Defendant's Motion for Discovery, (ECF No. 14), is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

DATED: July 16, 2013

HON. GONZALO P. CURIEL
United States District Judge